972

Ole K. NILSSEN and Geo Foundation, LTD., Plaintiffs–Appellants,

v.

WAL–MART STORES, INC., Defendant–Appellee,

and

Costco Wholesale Corp., Defendant–Appellee,

and

Home Depot, Inc., Defendant,

and

Menard, Inc., ACE Hardware Corp., and Truserv Corporation, Defendants,

and

Lowe's Home Centers, Inc., Defendant–Appellee,

and

Ikea Illinois, LLC, Defendant–Appellee.

No. 2009–1495.

United States Court of Appeals, Federal Circuit.

May 6, 2010.

Leland W. Hutchinson, Jr., Freeborn & Peters LLP, of Chicago, IL, argued for plaintiff-appellants. With him on the brief was Jonathan Hill.

Kimball R. Anderson, Winston & Strawn LLP, of Chicago, IL, argued for all defendants-appellees. With him on the brief for Lowe's Home Centers, Inc. was Kathleen B. Barry. On the brief for defendant-appellee Wal–Mart Stores, Inc. was Gary W. Smith, Posternak Blankstein & Lund LLP, of Boston, MA. On the brief for defendant-appellee Costco Wholesale Corp. was Anthony J. Fitzpatrick, Duane Morris LLP, of Boston, MA. Of counsel was Christopher S. Kroon. On the brief for defendant-appellee Ikea Illinois, LLC was Margaret M. Duncan, McDermott Will & Emery LLP, of Chicago, IL. With her on the brief were Natalia V. Blinkova and Bureden J. Warren, of Washington, DC.

MAYER, LOURIE, and LINN, Circuit Judges.

### Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.